EXHIBIT D

| US7398005B2 | Sigma fp ("The accused product") |
|---|---|
| 1. A method of producing a trick mode playback of a segment of video containing a plurality of predictive encoded pictures comprising the steps of: | The accused product records and performs playback of a recorded video encoded with H.264 based video coding. H.264 is a video coding standard (hereinafter referred to as "The standard").<br><br>On information and belief, Defendant performs all steps of this claim or, alternatively, to the extent a viewer performs any step, Defendant conditions the viewer's use of the Defendant's accused instrumentalities using the standard on the performance of that step as disclosed herein. For example, on information and belief, a viewer cannot use the accused instrumentality utilizing the standard as described in this claim chart without performance of the steps recited in this claim. By providing the accused instrumentality utilizing the standard as disclosed herein, Defendant also controls the manner and/or timing of the functionality described in this claim chart. In other words, for a viewer to utilize the functionality described in this claim chart, the steps of this claim must be performed in the manner described herein. Without performance of the steps as described herein, the Defendant's functionality will not be available to viewers.<br><br>The standard practices a method of producing a trick mode playback (e.g., fast-forward, fast-reverse, etc.) of a segment of video containing a plurality of predictive encoded pictures (e.g., P frames, B frames or SP frames).<br><br>H.264 standard utilizes SP-frames for trick mode play (e.g., fast-forwarding, fast-reversing, etc.).<br><br>As shown below the accused product performs encoding of videos using H.264 coding standard and allows the playback with trick play (e.g., fast forward, fast backwards, etc.) features. |



## Sigma fp
### THE DIGITAL CAMERA THAT CHANGES EVERYTHING



**Category: Cameras, Mirrorless**

- World's smallest and lightest full-frame camera
- Robust & lightweight aluminum body
- Dust and splash proof structure
- Supports UHD 4K/24, 25 & 30 fps
- Supports 12-bit Cinema DNG
- Electronic image stabilization
- Full-time electronic shutter
- Face/Eye Detection AF
- HDR Shooting

https://www.sigmaphoto.com/sigma-fp

.

**Movie Recording Format [Camera Internal Record]**

| | |
|---|---|
| **Movie Format** | CinemaDNG (8bit / 10bit/ 12bit) / MOV: H.264 (ALL-I/ GOP) |
| **Audio Format** | Linear PCM (2ch 48kHz/16bit) |
| **Recording Pixels / Frame Rate** | 3,840×2,160 (UHD 4K) /23.98p, 25p,29.97p,FHD(1,920x1,080) /23.98p, 25p, 29.97p, 59.94p, 100p, 119.88p |
| **Continuous recording time** | Up to 2h |
| **Cinema DNG recording media limits** | SD card : UHS-II UHD 8bit under 25fps, FHD 12bit under 60fps Portable SSD : UHD 12bit 30fps, FHD 12bit 100fps or less, 10bit and 8bit 120fps or less** When using our recommended recording media |

https://www.sigmaphoto.com/sigma-fp

## PLAYING BACK A MOVIE



When you press the **OK** button or tap the ⏵ icon on the touch panel while a movie file is being displayed, a movie is played back.

◁◁ ⏸ ▷▷   Operation guide

Playback lapse time
00:14:57

Total recording time
08:46:23

### CAUTION

● It may take a long time to start playback depending on the card you are using, or playback may be interrupted.

| **DURING MOVIE PLAYBACK** | |
|---|---|
| **Button/Dial** | **Operation** |
| OK | Pause |
| ⟩ | Fast-forward playback |
| ⟨ | Fast-backward playback |
| Front/Rear dial | Fast-backward playback ↔ Fast-forward playback |

The playback speed increases each time the ⟩ button is pressed or the Front/Rear dial is turned clockwise. (The playback speed decreases each time the ⟨ button is pressed or the Front/Rear dial is turned counterclockwise.)

Source: Manual of the accused product

reconstruction to a corresponding SP slice. The properties of SP and SI slices aid in providing functionalities for bitstream switching, splicing, random access, fast-forward, fast reverse, and error resilience/recovery.

An SP slice consists of macroblocks coded either as I macroblock types or P macroblock types.

An SI slice consists of macroblocks coded either as I macroblock types or SI macroblock type.

The transform coefficient decoding process and picture construction process prior to deblocking filter process for I macroblock types in SI slices is invoked as specified in clause 8.5. The SI macroblock type is decoded as described below.

When the current macroblock is coded as P_Skip, all values of LumaLevel4x4, ChromaDCLevel, ChromaACLevel are set equal to 0 for the current macroblock.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

**trick mode:** playback in any mode other than forward playback at the recorded speed of the audio/video content ("1x")

NOTE:    Examples include fast forward, slow motion, reverse, and random access.

https://www.etsi.org/deliver/etsi_ts/103200_103299/103285/01.02.01_60/ts_103285v010201p.pdf

This process is invoked when decoding P macroblock types in an SP slice type or the SI macroblock type in SI slices.

Inputs to this process are the prediction residual transform coefficient levels and the predicted samples for the current macroblock.

Outputs of this process are the decoded samples of the current macroblock prior to the deblocking filter process.

This clause specifies the transform coefficient decoding process and picture construction process for P macroblock types in SP slices and the SI macroblock type in SI slices.

NOTE – SP slices make use of Inter predictive coding to exploit temporal redundancy in the sequence, in a similar manner to P slice coding. Unlike P slice coding, however, SP slice coding allows identical reconstruction of a slice even when different reference pictures are being used. SI slices make use of spatial prediction, in a similar manner to I slices. SI slice coding allows identical

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

### 6.3.5  Slices

A video picture is coded as one or more slices, each containing an integral number of macroblocks from 1 (1 MB per slice) to the total number of macroblocks in a picture (1 slice per picture) The number of macroblocks per slice need not be constant within a picture. There is minimal inter-dependency between coded slices which can help to limit the propagation of errors. There are five types of coded slice (Table 6.1) and a coded picture may be composed of different types of slices. For example, a Baseline Profile coded picture may contain a mixture of I and P slices and a Main or Extended Profile picture may contain a mixture of I, P and B slices.

https://books.google.com/books?id=n9YVhx2zgz4C&pg=PA13&lpg=PA13&redir_esc=y#v=onepage&q&f=false

### 6.3    Spatial subdivision of pictures and slices

This clause specifies how a picture is partitioned into slices and macroblocks. Pictures are divided into slices. A slice is a sequence of macroblocks, or, when macroblock-adaptive frame/field decoding is in use, a sequence of macroblock pairs.

Each macroblock is comprised of one 16x16 luma array and, when the chroma sampling format is not equal to 4:0:0 and separate_colour_plane_flag is equal to 0, two corresponding chroma sample arrays. When separate_colour_plane_flag is equal to 1, each macroblock is comprised of one 16x16 luma or chroma sample array. When macroblock-adaptive frame/field decoding is not in use, each macroblock represents a spatial rectangular region of the picture. For example, a picture may be divided into two slices as shown in Figure 6-7.

When a picture is coded using three separate colour planes (separate_colour_plane_flag is equal to 1), a slice contains only macroblocks of one colour component being identified by the corresponding value of colour_plane_id, and each colour component array of a picture consists of slices having the same colour_plane_id value. Coded slices with different values of colour_plane_id within an access unit can be interleaved with each other under the constraint that for each value of colour_plane_id, the coded slice NAL units with that value colour_plane_id shall be in the order of increasing macroblock address for the first macroblock of each coded slice NAL unit.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items



H.264(09)_F6-7

**Figure 6-7 – A picture with 11 by 9 macroblocks that is partitioned into two slices**

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

| Table 6.1    H.264 slice modes | | |
|---|---|---|
| Slice type | Description | Profile(s) |
| I (Intra) | Contains only I macroblocks (each block or macroblock is predicted from previously coded data within the same slice). | All |
| P (Predicted) | Contains P macroblocks (each macroblock or macroblock partition is predicted from one list 0 reference picture) and/or I macroblocks. | All |
| B (Bi-predictive) | Contains B macroblocks (each macroblock or macroblock partition is predicted from a list 0 and/or a list 1 reference picture) and/or I macroblocks. | Extended and Main |
| SP (Switching P) | Facilitates switching between coded streams; contains P and/or I macroblocks. | Extended |
| SI (Switching I) | Facilitates switching between coded streams; contains SI macroblocks (a special type of intra coded macroblock). | Extended |

https://books.google.com/books?id=n9YVhx2zgz4C&pg=PA13&lpg=PA13&redir_esc=y#v=onepage&q&f=false

| | |
|---|---|
| (a)  decoding  a  portion  of  a predictive  picture  from  the plurality  of  predictive  pictures without  decoding  the  predictive picture in its entirety; | The standard practices decoding a portion of a predictive picture (e.g., a slice or a macro block of a frame) from the plurality of predictive pictures (e.g., P frame, B frame or SP frame) without decoding the predictive picture (e.g., P frame, B frame or SP frame) in its entirety.<br><br>As shown below, H.264 standard based predictive picture contains slice or macro blocks (e.g., portion of predictive picture). H.264 standard instructs decoding a frame by dividing it into a slice or a macro block of a frame (e.g., a portion of a predictive picture) rather than decoding the picture frame entirely. |

### 6.3.5 Slices

A video picture is coded as one or more slices, each containing an integral number of macroblocks from 1 (1 MB per slice) to the total number of macroblocks in a picture (1 slice per picture) The number of macroblocks per slice need not be constant within a picture. There is minimal inter-dependency between coded slices which can help to limit the propagation of errors. There are five types of coded slice (Table 6.1) and a coded picture may be composed of different types of slices. For example, a Baseline Profile coded picture may contain a mixture of I and P slices and a Main or Extended Profile picture may contain a mixture of I, P and B slices.

https://books.google.com/books?id=n9YVhx2zgz4C&pg=PA13&lpg=PA13&redir_esc=y#v=onepage&q&f=false

### 6.3    Spatial subdivision of pictures and slices

This clause specifies how a picture is partitioned into slices and macroblocks. Pictures are divided into slices. A slice is a sequence of macroblocks, or, when macroblock-adaptive frame/field decoding is in use, a sequence of macroblock pairs.

Each macroblock is comprised of one 16x16 luma array and, when the chroma sampling format is not equal to 4:0:0 and separate_colour_plane_flag is equal to 0, two corresponding chroma sample arrays. When separate_colour_plane_flag is equal to 1, each macroblock is comprised of one 16x16 luma or chroma sample array. When macroblock-adaptive frame/field decoding is not in use, each macroblock represents a spatial rectangular region of the picture. For example, a picture may be divided into two slices as shown in Figure 6-7.

When a picture is coded using three separate colour planes (separate_colour_plane_flag is equal to 1), a slice contains only macroblocks of one colour component being identified by the corresponding value of colour_plane_id, and each colour component array of a picture consists of slices having the same colour_plane_id value. Coded slices with different values of colour_plane_id within an access unit can be interleaved with each other under the constraint that for each value of colour_plane_id, the coded slice NAL units with that value colour_plane_id shall be in the order of increasing macroblock address for the first macroblock of each coded slice NAL unit.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items



H.264(09)_F6-7

**Figure 6-7 – A picture with 11 by 9 macroblocks that is partitioned into two slices**

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

**Table 6.1**   H.264 slice modes

| Slice type | Description | Profile(s) |
|---|---|---|
| I (Intra) | Contains only I macroblocks (each block or macroblock is predicted from previously coded data within the same slice). | All |
| P (Predicted) | Contains P macroblocks (each macroblock or macroblock partition is predicted from one list 0 reference picture) and/or I macroblocks. | All |
| B (Bi-predictive) | Contains B macroblocks (each macroblock or macroblock partition is predicted from a list 0 and/or a list 1 reference picture) and/or I macroblocks. | Extended and Main |
| SP (Switching P) | Facilitates switching between coded streams; contains P and/or I macroblocks. | Extended |
| SI (Switching I) | Facilitates switching between coded streams; contains SI macroblocks (a special type of intra coded macroblock). | Extended |

https://books.google.com/books?id=n9YVhx2zgz4C&pg=PA13&lpg=PA13&redir_esc=y#v=onepage&q&f=false

### 7.4.5    Macroblock layer semantics

**mb_type** specifies the macroblock type. The semantics of mb_type depend on the slice type.

Tables and semantics are specified for the various macroblock types for I, SI, P, SP, and B slices. Each table presents the value of mb_type, the name of mb_type, the number of macroblock partitions used (given by the NumMbPart( mb_type ) function), the prediction mode of the macroblock (when it is not partitioned) or the first partition (given by the MbPartPredMode( mb_type, 0 ) function) and the prediction mode of the second partition (given by the MbPartPredMode( mb_type, 1 ) function). When a value is not applicable it is designated by "na". In the text, the value of mb_type may be referred to as the macroblock type, the value of MbPartPredMode( ) may be referred to in the text by "macroblock (partition) prediction mode", and a value X of MbPartPredMode( ) may be referred to in the text by "X macroblock (partition) prediction mode" or as "X prediction macroblocks".

Table 7-10 shows the allowed collective macroblock types for each slice_type.

NOTE 1 – There are some macroblock types with Pred_L0 macroblock (partition) prediction mode(s) that are classified as B macroblock types.

#### Table 7-10 – Allowed collective macroblock types for slice_type

| slice_type | allowed collective macroblock types |
|---|---|
| I (slice) | I (see Table 7-11) (macroblock types) |
| P (slice) | P (see Table 7-13) and I (see Table 7-11) (macroblock types) |
| B (slice) | B (see Table 7-14) and I (see Table 7-11) (macroblock types) |
| SI (slice) | SI (see Table 7-12) and I (see Table 7-11) (macroblock types) |
| SP (slice) | P (see Table 7-13) and I (see Table 7-11) (macroblock types) |

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

## 8.6   Decoding process for P macroblocks in SP slices or SI macroblocks

This process is invoked when decoding P macroblock types in an SP slice type or the SI macroblock type in SI slices.

Inputs to this process are the prediction residual transform coefficient levels and the predicted samples for the current macroblock.

Outputs of this process are the decoded samples of the current macroblock prior to the deblocking filter process.

This clause specifies the transform coefficient decoding process and picture construction process for P macroblock types in SP slices and the SI macroblock type in SI slices.

NOTE – SP slices make use of Inter predictive coding to exploit temporal redundancy in the sequence, in a similar manner to P slice coding. Unlike P slice coding, however, SP slice coding allows identical reconstruction of a slice even when different reference pictures are being used. SI slices make use of spatial prediction, in a similar manner to I slices. SI slice coding allows identical

reconstruction to a corresponding SP slice. The properties of SP and SI slices aid in providing functionalities for bitstream switching, splicing, random access, fast-forward, fast reverse, and error resilience/recovery.

An SP slice consists of macroblocks coded either as I macroblock types or P macroblock types.

An SI slice consists of macroblocks coded either as I macroblock types or SI macroblock type.

The transform coefficient decoding process and picture construction process prior to deblocking filter process for I macroblock types in SI slices is invoked as specified in clause 8.5. The SI macroblock type is decoded as described below.

When the current macroblock is coded as P_Skip, all values of LumaLevel4x4, ChromaDCLevel, ChromaACLevel are set equal to 0 for the current macroblock.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

### 8.6.2   SP and SI slice decoding process for switching pictures

This process is invoked, when decoding P macroblock types in SP slices in which sp_for_switch_flag is equal to 1 and when decoding the SI macroblock type in SI slices.

Inputs to this process are the prediction residual transform coefficient levels and the prediction sample arrays $pred_L$, $pred_{Cb}$ and $pred_{Cr}$ for the current macroblock.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

**8.2.4    Decoding process for reference picture lists construction**

This process is invoked at the beginning of the decoding process for each P, SP, or B slice.

Decoded reference pictures are marked as "used for short-term reference" or "used for long-term reference" as specified by the bitstream and specified in clause 8.2.5. Short-term reference pictures are identified by the value of frame_num. Long-term reference pictures are assigned a long-term frame index as specified by the bitstream and specified in clause 8.2.5.

Clause 8.2.4.1 is invoked to specify

– the assignment of variables FrameNum, FrameNumWrap, and PicNum to each of the short-term reference pictures, and

– the assignment of variable LongTermPicNum to each of the long-term reference pictures.

Reference pictures are addressed through reference indices as specified in clause 8.4.2.1. A reference index is an index into a reference picture list. When decoding a P or SP slice, there is a single reference picture list RefPicList0. When decoding a B slice, there is a second independent reference picture list RefPicList1 in addition to RefPicList0.

At the beginning of the decoding process for each slice, reference picture list RefPicList0, and for B slices RefPicList1, are derived as specified by the following ordered steps:

1.  An initial reference picture list RefPicList0 and for B slices RefPicList1 are derived as specified in clause 8.2.4.2.

2.  When ref_pic_list_modification_flag_l0 is equal to 1 or, when decoding a B slice, ref_pic_list_modification_flag_l1 is equal to 1, the initial reference picture list RefPicList0 and, for B slices, RefPicList1 are modified as specified in clause 8.2.4.3.

    NOTE – The modification process for reference picture lists specified in clause 8.2.4.3 allows the contents of RefPicList0 and for B slices RefPicList1 to be modified in a flexible fashion. In particular, it is possible for a picture that is currently marked "used for reference" to be inserted into RefPicList0 and for B slices RefPicList1 even when the picture is not in the initial reference picture list derived as specified in clause 8.2.4.2.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

**8.2.4.2    Initialisation process for reference picture lists**

This initialisation process is invoked when decoding a P, SP, or B slice header.

RefPicList0 and RefPicList1 have initial entries as specified in clauses 8.2.4.2.1 through 8.2.4.2.5.

When the number of entries in the initial RefPicList0 or RefPicList1 produced as specified in clauses 8.2.4.2.1 through 8.2.4.2.5 is greater than num_ref_idx_l0_active_minus1 + 1 or num_ref_idx_l1_active_minus1 + 1, respectively, the extra entries past position num_ref_idx_l0_active_minus1 or num_ref_idx_l1_active_minus1 are discarded from the initial reference picture list.

When the number of entries in the initial RefPicList0 or RefPicList1 produced as specified in clauses 8.2.4.2.1 through 8.2.4.2.5 is less than num_ref_idx_l0_active_minus1 + 1 or num_ref_idx_l1_active_minus1 + 1, respectively, the remaining entries in the initial reference picture list are set equal to "no reference picture".

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

**8.2.4.2.1  Initialisation process for the reference picture list for P and SP slices in frames**

This initialisation process is invoked when decoding a P or SP slice in a coded frame.

When this process is invoked, there shall be at least one reference frame or complementary reference field pair that is currently marked as "used for reference" (i.e., as "used for short-term reference" or "used for long-term reference") and is not marked as "non-existing".

The reference picture list RefPicList0 is ordered so that short-term reference frames and short-term complementary reference field pairs have lower indices than long-term reference frames and long-term complementary reference field pairs.

The short-term reference frames and complementary reference field pairs are ordered starting with the frame or complementary field pair with the highest PicNum value and proceeding through in descending order to the frame or complementary field pair with the lowest PicNum value.

The long-term reference frames and complementary reference field pairs are ordered starting with the frame or complementary field pair with the lowest LongTermPicNum value and proceeding through in ascending order to the frame or complementary field pair with the highest LongTermPicNum value.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

For example, when three reference frames are marked as "used for short-term reference" with PicNum equal to 300, 302, and 303 and two reference frames are marked as "used for long-term reference" with LongTermPicNum equal to 0 and 3, the initial index order is:

– RefPicList0[ 0 ] is set equal to the short-term reference picture with PicNum = 303,

– RefPicList0[ 1 ] is set equal to the short-term reference picture with PicNum = 302,

– RefPicList0[ 2 ] is set equal to the short-term reference picture with PicNum = 300,

– RefPicList0[ 3 ] is set equal to the long-term reference picture with LongTermPicNum = 0,

– RefPicList0[ 4 ] is set equal to the long-term reference picture with LongTermPicNum = 3.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

**8.2.4.2.2 Initialisation process for the reference picture list for P and SP slices in fields**

This initialisation process is invoked when decoding a P or SP slice in a coded field.

When this process is invoked, there shall be at least one reference field (which can be a field of a reference frame) that is currently marked as "used for reference" (i.e., as "used for short-term reference" or "used for long-term reference") and is not marked as "non-existing".

Each field included in the reference picture list RefPicList0 has a separate index in the reference picture list RefPicList0.

NOTE – When decoding a field, there are effectively at least twice as many pictures available for referencing as there would be when decoding a frame at the same position in decoding order.

Two ordered lists of reference frames, refFrameList0ShortTerm and refFrameList0LongTerm, are derived as follows. For purposes of the formation of this list of frames, decoded reference frames, complementary reference field pairs, non-paired reference fields and reference frames in which a single field is marked "used for short-term reference" or "used for long-term reference" are all considered reference frames.

1. All frames having one or more fields marked "used for short-term reference" are included in the list of short-term reference frames refFrameList0ShortTerm. When the current field is the second field (in decoding order) of a complementary reference field pair and the first field is marked as "used for short-term reference", the first field is included in the list of short-term reference frames refFrameList0ShortTerm. refFrameList0ShortTerm is ordered starting with the reference frame with the highest FrameNumWrap value and proceeding through in descending order to the reference frame with the lowest FrameNumWrap value.

2. All frames having one or more fields marked "used for long-term reference" are included in the list of long-term reference frames refFrameList0LongTerm. When the current field is the second field (in decoding order) of a complementary reference field pair and the first field is marked as "used for long-term reference, the first field is included in the list of long-term reference frames refFrameList0LongTerm. refFrameList0LongTerm is ordered starting with the reference frame with the lowest LongTermFrameIdx value and proceeding through in ascending order to the reference frame with the highest LongTermFrameIdx value.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items



**Figure C-2 – HRD buffer model**

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

| | |
|---|---|
| (b) updating a portion of information stored in a memory with the portion of the predictive picture; and | The standard practices updating a portion (e.g., a slice or a macro block of a frame) of information stored in a memory (e.g., decoder buffer) with the portion (e.g., a slice or a macro block of a frame) of the predictive picture (e.g., P frame, B frame or SP frame). |



**Figure C-2 – HRD buffer model**

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

| | |
|---|---|
| | **C.2   Operation of the decoded picture buffer (DPB)**<br><br>The decoded picture buffer contains frame buffers. When a coded video sequence conforming to one or more of the profiles specified in Annex A is decoded by applying the decoding process specified in clauses 2 to 9, each of the frame buffers may contain a decoded frame, a decoded complementary field pair or a single (non-paired) decoded field that is marked as "used for reference" (reference pictures) or is held for future output (reordered or delayed pictures). When a coded video sequence conforming to one or more of the profiles specified in Annex G is decoded by applying the decoding process specified in Annex G, each frame buffer may contain a decoded frame, a decoded complementary field pair, a single (non-paired) decoded field, a decoded reference base frame, a decoded reference base complementary field pair or a single (non-paired) decoded reference base field that is marked as "used for reference" (reference pictures) or is held for future output (reordered or delayed pictures). When a coded video sequence conforming to one or more of the profiles specified in Annex H is decoded by applying the decoding process specified in Annex H, each of the frame buffers may contain a decoded frame view component, a decoded complementary field view component pair, or a single (non-paired) decoded field view component that is marked as "used for reference" (reference pictures) or is held for future output (reordered or delayed pictures) or is held as reference for inter-view prediction (inter-view only reference components). When a coded video sequence conforming to one or more of the profiles specified in Annex I is decoded by applying the decoding process specified in Annex I, each of the frame buffers of the texture DPB may contain: a decoded depth frame view component, a decoded complementary texture field view component pair, or a single (non-paired) decoded texture field view component that is marked as "used for reference" (reference pictures) or is held for future output (reordered or delayed pictures) or is held as reference for inter-view prediction (inter-view only reference components). When a coded video sequence conforming to one or more of the profiles specified in Annex I is decoded by applying the decoding process specified in Annex I, each of the frame buffers of the depth DPB may contain a decoded depth frame view component, a decoded complementary depth field view component pair, or a single (non-paired) decoded depth field view component<br><br>https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items |
| (c) repeating steps (a) and (b) during the trick mode playback such that a portion of each of a predetermined number of subsequent predictive pictures are decoded and used to update a subsequent portion of the information stored in the memory. | The standard practices repeating steps (a) and (b) during the trick mode playback (e.g., fast-forwarding, fast-reversing, etc.) such that a portion (e.g., a slice or a macro block of a frame) of each of a predetermined number of subsequent predictive pictures (e.g., P frame, B frame or SP frame) are decoded and used to update a subsequent portion (e.g., P frame, B frame or SP frame) of the information stored in the memory (e.g., decoder buffer).<br><br>The standard practices repeating iteratively during the trick mode playback (e.g., fast-forwarding, fast-reversing, etc.) such that a portion (e.g., a slice or a macro block of a frame) of each of a predetermined number (e.g., a certain frames only while depending upon the forwarding and reversing speed skipping other frames) of subsequent predictive pictures (e.g., P frame, B frame or SP frame) are decoded and used to update a |

subsequent portion (e.g., P frame, B frame or SP frame) of the information stored in the memory (e.g., decoded picture buffer).



**Figure C-2 – HRD buffer model**

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

## C.2    Operation of the decoded picture buffer (DPB)

The decoded picture buffer contains frame buffers. When a coded video sequence conforming to one or more of the profiles specified in Annex A is decoded by applying the decoding process specified in clauses 2 to 9, each of the frame buffers may contain a decoded frame, a decoded complementary field pair or a single (non-paired) decoded field that is marked as "used for reference" (reference pictures) or is held for future output (reordered or delayed pictures). When a coded video sequence conforming to one or more of the profiles specified in Annex G is decoded by applying the decoding process specified in Annex G, each frame buffer may contain a decoded frame, a decoded complementary field pair, a single (non-paired) decoded field, a decoded reference base frame, a decoded reference base complementary field pair or a single (non-paired) decoded reference base field that is marked as "used for reference" (reference pictures) or is held for future output (reordered or delayed pictures). When a coded video sequence conforming to one or more of the profiles specified in Annex H is decoded by applying the decoding process specified in Annex H, each of the frame buffers may contain a decoded frame view component, a decoded complementary field view component pair, or a single (non-paired) decoded field view component that is marked as "used for reference" (reference pictures) or is held for future output (reordered or delayed pictures) or is held as reference for inter-view prediction (inter-view only reference components). When a coded video sequence conforming to one or more of the profiles specified in Annex I is decoded by applying the decoding process specified in Annex I, each of the frame buffers of the texture DPB may contain: a decoded depth frame view component, a decoded complementary texture field view component pair, or a single (non-paired) decoded texture field view component that is marked as "used for reference" (reference pictures) or is held for future output (reordered or delayed pictures) or is held as reference for inter-view prediction (inter-view only reference components). When a coded video sequence conforming to one or more of the profiles specified in Annex I is decoded by applying the decoding process specified in Annex I, each of the frame buffers of the depth DPB may contain a decoded depth frame view component, a decoded complementary depth field view component pair, or a single (non-paired) decoded depth field view component

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

## 8.6    Decoding process for P macroblocks in SP slices or SI macroblocks

This process is invoked when decoding P macroblock types in an SP slice type or the SI macroblock type in SI slices.

Inputs to this process are the prediction residual transform coefficient levels and the predicted samples for the current macroblock.

Outputs of this process are the decoded samples of the current macroblock prior to the deblocking filter process.

This clause specifies the transform coefficient decoding process and picture construction process for P macroblock types in SP slices and the SI macroblock type in SI slices.

NOTE – SP slices make use of Inter predictive coding to exploit temporal redundancy in the sequence, in a similar manner to P slice coding. Unlike P slice coding, however, SP slice coding allows identical reconstruction of a slice even when different reference pictures are being used. SI slices make use of spatial prediction, in a similar manner to I slices. SI slice coding allows identical

reconstruction to a corresponding SP slice. The properties of SP and SI slices aid in providing functionalities for bitstream switching, splicing, random access, fast-forward, fast reverse, and error resilience/recovery.

An SP slice consists of macroblocks coded either as I macroblock types or P macroblock types.

An SI slice consists of macroblocks coded either as I macroblock types or SI macroblock type.

The transform coefficient decoding process and picture construction process prior to deblocking filter process for I macroblock types in SI slices is invoked as specified in clause 8.5. The SI macroblock type is decoded as described below.

When the current macroblock is coded as P_Skip, all values of LumaLevel4x4, ChromaDCLevel, ChromaACLevel are set equal to 0 for the current macroblock.

### 8.6.2    SP and SI slice decoding process for switching pictures

This process is invoked, when decoding P macroblock types in SP slices in which sp_for_switch_flag is equal to 1 and when decoding the SI macroblock type in SI slices.

Inputs to this process are the prediction residual transform coefficient levels and the prediction sample arrays $pred_L$, $pred_{Cb}$ and $pred_{Cr}$ for the current macroblock.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

If streams A and B are versions of the same original sequence coded at different bitrates, the motion-compensated prediction of $B_2$ from $A_1'$ (SP-slice $AB_2$) should be quite efficient. Results show that using SP-slices to switch between different versions of the same sequence is significantly more efficient than inserting I-slices at switching points. Another application of SP-slices is to provide random access and 'VCR-like' functionalities. For example, an SP-slice and a switching SP-slice are placed at the position of frame 10 (Figure 6.55). A decoder can fast-forward from $A_0$ directly to $A_{10}$ by (a) decoding $A_0$, then (b) decoding switching SP-slice $A_{0-10}$ to produce $A_{10}$ by prediction from $A_0$.

https://books.google.com/books?id=n9YVhx2zgz4C&pg=PA13&lpg=PA13&redir_esc=y#v=onepage&q&f=false



**Figure 6.55**    Fast-forward using SP-slices

https://books.google.com/books?id=n9YVhx2zgz4C&pg=PA13&lpg=PA13&redir_esc=y#v=onepage&q&f=false

**8.2.4 Decoding process for reference picture lists construction**

This process is invoked at the beginning of the decoding process for each P, SP, or B slice.

Decoded reference pictures are marked as "used for short-term reference" or "used for long-term reference" as specified by the bitstream and specified in clause 8.2.5. Short-term reference pictures are identified by the value of frame_num. Long-term reference pictures are assigned a long-term frame index as specified by the bitstream and specified in clause 8.2.5.

Clause 8.2.4.1 is invoked to specify

– the assignment of variables FrameNum, FrameNumWrap, and PicNum to each of the short-term reference pictures, and

– the assignment of variable LongTermPicNum to each of the long-term reference pictures.

Reference pictures are addressed through reference indices as specified in clause 8.4.2.1. A reference index is an index into a reference picture list. When decoding a P or SP slice, there is a single reference picture list RefPicList0. When decoding a B slice, there is a second independent reference picture list RefPicList1 in addition to RefPicList0.

At the beginning of the decoding process for each slice, reference picture list RefPicList0, and for B slices RefPicList1, are derived as specified by the following ordered steps:

1. An initial reference picture list RefPicList0 and for B slices RefPicList1 are derived as specified in clause 8.2.4.2.

2. When ref_pic_list_modification_flag_l0 is equal to 1 or, when decoding a B slice, ref_pic_list_modification_flag_l1 is equal to 1, the initial reference picture list RefPicList0 and, for B slices, RefPicList1 are modified as specified in clause 8.2.4.3.

> NOTE – The modification process for reference picture lists specified in clause 8.2.4.3 allows the contents of RefPicList0 and for B slices RefPicList1 to be modified in a flexible fashion. In particular, it is possible for a picture that is currently marked "used for reference" to be inserted into RefPicList0 and for B slices RefPicList1 even when the picture is not in the initial reference picture list derived as specified in clause 8.2.4.2.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

**8.2.4.2    Initialisation process for reference picture lists**

This initialisation process is invoked when decoding a P, SP, or B slice header.

RefPicList0 and RefPicList1 have initial entries as specified in clauses 8.2.4.2.1 through 8.2.4.2.5.

When the number of entries in the initial RefPicList0 or RefPicList1 produced as specified in clauses 8.2.4.2.1 through 8.2.4.2.5 is greater than num_ref_idx_l0_active_minus1 + 1 or num_ref_idx_l1_active_minus1 + 1, respectively, the extra entries past position num_ref_idx_l0_active_minus1 or num_ref_idx_l1_active_minus1 are discarded from the initial reference picture list.

When the number of entries in the initial RefPicList0 or RefPicList1 produced as specified in clauses 8.2.4.2.1 through 8.2.4.2.5 is less than num_ref_idx_l0_active_minus1 + 1 or num_ref_idx_l1_active_minus1 + 1, respectively, the remaining entries in the initial reference picture list are set equal to "no reference picture".

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

**8.2.4.2.1  Initialisation process for the reference picture list for P and SP slices in frames**

This initialisation process is invoked when decoding a P or SP slice in a coded frame.

When this process is invoked, there shall be at least one reference frame or complementary reference field pair that is currently marked as "used for reference" (i.e., as "used for short-term reference" or "used for long-term reference") and is not marked as "non-existing".

The reference picture list RefPicList0 is ordered so that short-term reference frames and short-term complementary reference field pairs have lower indices than long-term reference frames and long-term complementary reference field pairs.

The short-term reference frames and complementary reference field pairs are ordered starting with the frame or complementary field pair with the highest PicNum value and proceeding through in descending order to the frame or complementary field pair with the lowest PicNum value.

The long-term reference frames and complementary reference field pairs are ordered starting with the frame or complementary field pair with the lowest LongTermPicNum value and proceeding through in ascending order to the frame or complementary field pair with the highest LongTermPicNum value.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items

|  | For example, when three reference frames are marked as "used for short-term reference" with PicNum equal to 300, 302, and 303 and two reference frames are marked as "used for long-term reference" with LongTermPicNum equal to 0 and 3, the initial index order is:<br><br>– RefPicList0[ 0 ] is set equal to the short-term reference picture with PicNum = 303,<br><br>– RefPicList0[ 1 ] is set equal to the short-term reference picture with PicNum = 302,<br><br>– RefPicList0[ 2 ] is set equal to the short-term reference picture with PicNum = 300,<br><br>– RefPicList0[ 3 ] is set equal to the long-term reference picture with LongTermPicNum = 0,<br><br>– RefPicList0[ 4 ] is set equal to the long-term reference picture with LongTermPicNum = 3.<br><br>https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items |

**8.2.4.2.2  Initialisation process for the reference picture list for P and SP slices in fields**

This initialisation process is invoked when decoding a P or SP slice in a coded field.

When this process is invoked, there shall be at least one reference field (which can be a field of a reference frame) that is currently marked as "used for reference" (i.e., as "used for short-term reference" or "used for long-term reference") and is not marked as "non-existing".

Each field included in the reference picture list RefPicList0 has a separate index in the reference picture list RefPicList0.

NOTE – When decoding a field, there are effectively at least twice as many pictures available for referencing as there would be when decoding a frame at the same position in decoding order.

Two ordered lists of reference frames, refFrameList0ShortTerm and refFrameList0LongTerm, are derived as follows. For purposes of the formation of this list of frames, decoded reference frames, complementary reference field pairs, non-paired reference fields and reference frames in which a single field is marked "used for short-term reference" or "used for long-term reference" are all considered reference frames.

1. All frames having one or more fields marked "used for short-term reference" are included in the list of short-term reference frames refFrameList0ShortTerm. When the current field is the second field (in decoding order) of a complementary reference field pair and the first field is marked as "used for short-term reference", the first field is included in the list of short-term reference frames refFrameList0ShortTerm. refFrameList0ShortTerm is ordered starting with the reference frame with the highest FrameNumWrap value and proceeding through in descending order to the reference frame with the lowest FrameNumWrap value.

2. All frames having one or more fields marked "used for long-term reference" are included in the list of long-term reference frames refFrameList0LongTerm. When the current field is the second field (in decoding order) of a complementary reference field pair and the first field is marked as "used for long-term reference, the first field is included in the list of long-term reference frames refFrameList0LongTerm. refFrameList0LongTerm is ordered starting with the reference frame with the lowest LongTermFrameIdx value and proceeding through in ascending order to the reference frame with the highest LongTermFrameIdx value.

https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-201906-I!!PDF-E&type=items