

January 21, 2022

**FILED BY ECF**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

**Richard F. Martinelli**

E  rmartinelli@orrick.com
D  +1 212 506 3702
F  +1 212 506 5151

Re: <u>Sunflower Licensing LLC v. Sigma Corp. of America</u>, Case No. 1:21-cv-07114-BMC
     Request for extension of time to respond to Complaint

Dear Judge Cogan:

    I write as counsel for Defendant Sigma Corporation of America ("Sigma") to respectfully seek a 30-day extension of time, until March 7, 2022, for Sigma to respond to the Complaint filed by Plaintiff Sunflower Licensing LLC. Sigma's response currently is due on February 3, 2022 (Dkt. No. 11). This is Sigma's first request for an extension. Sigma requests the extension to provide the parties time to discuss consensual resolution of this matter without further litigation or Court involvement. I am authorized to state that Plaintiff consents to this request.

    There is an initial telephone conference scheduled with the Court for February 15, 2022 (Dkt. No. 9). The parties defer to the Court as to whether the date for the initial telephone conference should be extended.

    We thank the Court for its consideration in this matter.

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

<u>/s/ Richard F. Martinelli</u>
Richard F. Martinelli

Counsel for Defendants

cc:    All counsel of record (*via ECF*)